**Fill in this information to identify the case:**

Debtor name __Neopharma, Inc._____

United States Bankruptcy Court for the: __Eastern_____ District of __TN_____
(State)

Case number (If known): _2:20-bk-52015_____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CKD Bio 8 Chungjeong-ro, Seodaemun-gu Seoul, Seoul, 03742 Republic of Korea | Dong-Kyu Yim, Regional Mgr, 82-2-2194-0549; 82-10-8940-9360 dkyim@ckdbio.com Collections: Steve Huh hss92234@ksure.or.kr | trade debt - API product | Disputed | | | $400,000 |
| 2 | Sandoz Biochemiestraße 10 Kundl , Tirol, 6250 Austria | Tanja Hrovatic Key Acct Mgr 43-5338-200-6517 43-6648-870-9074 tanja.hrovatic@sandoz.com | trade debt - API product | Disputed | | | $385,138.60 |
| 3 | Cardinal Health 7000 Cardinal Place Columbus OH 43017 | PD.chargebacks@cardinalhealth.com Robyn O'Neil, AR Robyn.ONeil@cardinalhealth.com 614-553-3269 | trade debt, Customer chargebacks, fees | Disputed | | | $451,597.10 |
| 4 | PETA Pharma 65 Patriot Landing Drive St. Charles, MO 63303 | Sesha Madireddi Owner mobile: 636-352-8569 sesha@nurturenergy.com | loan | Disputed | | | $250,000 |
| 5 | BCBS NJ - Horizon BCBS 3 Penn Plaza Newark, NJ 07105 | Gaye Simpson, Billing AR gaye_simpson@horizonblue.com 973-466-7486 | Healthcare Insurance fees | Disputed | | | $217,199.35 |
| 6 | McKesson: 6555 State Hwy 161 Irving TX 75039 ClarusONE: Russell Square House 10-12 Russell Square, London WC1B-5EH UK | Ingrid.Knighton@mckesson.com Varun.Pandey@mckesson.com & Justine Keohane, AR AR@clarusonesourcing.com | trade debt, chargebacks fees | Disputed | | | $231,922.36 |
| 7 | INMAR 3845 Grand Lakes Pkwy Suite 125 Grand Prairie, TX 75050 | Diana Evans Client research specialist diana.evans@inmar.com 817-868-5359 | Product Returns Service | Disputed | | | $206,476.48 |
| 8 | BTES 2470 Volunteer Pkwy Bristol TN 37620 | Mike Browder, CEO mbrowder@btes.net 423-968-1526 | Electrical services | Disputed | | | $150,000 |

Debtor __Neopharma, Inc._____    Case number (*if known*)___2:20-bk-52015_____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Luttrel<br>1816 Volunteer Pkwy<br>Bristol, TN 37620 | Lindsey Jenks, CSP branch mgr<br>ljenks@lstaff.com<br>423-764-1334 ext 214<br>423-268-5103 (cell) | Contractors Agency | Disputed | | | $100,582.04 |
| 10 | ML7<br>800 3rd Ave, #2800<br>NY, NY 10022 | Jeffrey Sigel, Owner Rep<br>jeffs@ML-Seven.com<br>917-972-0503 | Leasing office space Princeton, NJ | Disputed | | | $70,965.36 |
| 11 | The Hartford<br>J Smith Lanier & Co. (Hartford broker)<br>47 Postal Pkwy<br>PO Box 71429<br>Newnan, GA 30271-1429 | Scott Walton, Sr Acct Mgr<br>swalton@jsmithlanier.com<br>770-683-1012<br>404-933-0007 | Insurance services | Disputed | | | Total $67,281.83<br>Hartford: $45,000<br>JLanier: $22,281.83 |
| 12 | Eurofins Lancaster Laboratories Inc<br>2425 New Holland Pike<br>Lancaster, PA 17601 | AR Dept<br>ELLinvoicing@eurofinsus.com<br>717-656-2300 | Contract laboratory services | Disputed | | | $66,473 |
| 13 | Jekson<br>304, Sarkhej Bavla Hwy, Changodar-382213<br>Ahmedadad, Gujarat, India | Mayur Maheshwari, Mgr<br>mayurmaheshwari@jeksonvision.com<br>91-9737378742 | Serialization service | Disputed | | | $60,000 |
| 14 | Water Professionals<br>McCollum Water Conditioning Inc. PO Box 57<br>Blountville, TN 37617 | info@waterprofessionals.com<br>423-323-4195<br>800-999-4195 | USP Water system services & parts | Disputed | | | $55,624.14 |
| 15 | Atmos Energy Corporation<br>P.O. Box 630872<br>Cincinnati, OH 45263-0872 | Green Faircloth<br>green.faircloth@atmosenergy.com<br>423-722-2823 | Gas services | Disputed | | | $55,000 |
| 16 | Radiant<br>ITRadiant Solutions Pvt. Ltd.<br>Level-5, Purva Summit, Smart Works,<br>Opp: Tech Mahindra campus,<br>HiTech City, Hyderabad-500081 | KC Sahu, CEO<br>kcsahu@itradiant.com<br>630-430-7474 cell | IT Services for SAP system | Disputed | | | $50,000 |
| 17 | IQVIA<br>100 IMS Drive<br>Parsippany, NJ 07054 | Susan Ross, Mgr Collections<br>susan.ross1@iqvia.com<br>973-316-8047<br>jennifer.howell@iqvia.com | Data Service | Disputed | | | $44,249.38 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | Court Square<br>1350 Main Street, 5th floor<br>Springfield, MA 01103 | Pamela O'Donnell, Controller<br>odonnell@courtsquaregroup.com<br>413-530-5903 | IT/ Server services | Disputed | | | $44,000 |
| 19 | Johnson Controls Security Solutions<br>P.O. Box 371967<br>Pittsburgh, PA 15250-7967 | Mark Orfield or Cheryl Esteppe<br>423-817-0518 | Equipment monitoring services | Disputed | | | $42,644.24 |
| 20 | Securitas Inc<br>1907 North Roan Street<br>Suite 204<br>Johnson City, TN  37601 | Mason Powell<br>828-552-0677<br>mason.powell@securitasinc.com | Security Services | Disputed | | | $40,000 |