## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | * | |
| NEOPHARMA, INC., | * | CASE NO.: 2:20-bk-52015-SDR |
| | * | Chapter 11 |
| Debtor; | * | |
| | * | |
| | * | |
| IN RE: | * | |
| NEOPHARMA TENNESSEE LLC, | * | |
| | * | CASE NO.: 2:20-bk-52016-SDR |
| Debtor. | * | Jointly Administered |

## DECLARATION OF DAVID ARGYLE

STATE OF TENNESSEE:
COUNTY OF SULLIVAN:

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is David Argyle. I have personal knowledge of all facts stated in this Declaration, and if called to testify, I could and would testify competently thereto.

2. I am currently the Chief Restructuring Officer of Neopharma, Inc. and Neopharma Tennessee LLC. I am also the sole member of the Board of Directors of Neopharma, Inc. Neopharma, Inc. is a Delaware corporation, and is the sole member of Neopharma Tennessee LLC. Neopharma Tennessee LLC is a Delaware limited liability company. On July 24, 2020, Canadian Pharma International, Ltd., a United Kingdom company ("CPIL"), acquired all the issued and outstanding stock of Neopharma, Inc. from Neopharma International Holding, Ltd., which at the time of the transaction was the sole shareholder of Neopharma, Inc. As a result of this transaction, CPIL became the sole shareholder of Neopharma, Inc.

3. On December 22, 2020, Neopharma, Inc. and Neopharma Tennessee LLC filed voluntary chapter 11 petition in bankruptcy.

4. Shortly after the closing of the July 24, 2020 transaction, I was requested to go to Bristol, Tennessee as the agent of CPIL to evaluate the status of Neopharma's Bristol Tennessee facility. At that time, I was aware that the prior owners of Neopharma, Dr. B.R. Shetty, Neopharma International Holding, Ltd. and Neopharma, LLC were no longer in a position to fund the Bristol, Tennessee facilities, due to worldwide financial and legal matters.

5. In July 30, 2020, Mallikarjuna R. Desireddy, Neopharma, Inc.'s prior CEO, was terminated for cause.

6. Upon arriving at the Bristol, Tennessee facility, I began working with the former facilities site director and quality director in investigating various matters and issues facing the companies at that time. We discovered a number of irregularities in the previous management at the corporate level of Neopharma, Inc., including acts of apparent misfeasance and malfeasance. Examples of this conduct is set forth in Neopharma, Inc. and Neopharma Tennessee LLC's motion to (a) approve the sale of substantially all of the debtors' assets free and clear of all liens, claims, encumbrances and other interests, (b) approve the assumption and assignment of facility lease and tax agreement, and (c) authorizing the rejection of certain executory contracts and unexpired leases (the "Sale Motion") which was filed on January 7, 2021. Unfortunately, due to the absence of records that have been withheld by prior management, Neopharma, Inc. has been unable to complete its investigation of theses irregularities. Neopharma, Inc. anticipates utilizing the bankruptcy reorganization process to continue its investigation into prior management and seek the recovery of any unauthorized or avoidable transfers of money or property.

7. Neopharma, Inc., has for the most part, liquidated the available inventory and receivables that could generate any cash for the company. Neopharma, Inc. currently has no cash to fund its limited operations.

8. In November of 2020, I along with other CPIL representatives negotiated a term sheet with Constitutional Antibiotics, Inc. to form a joint venture to acquire the assets of Neopharma, Inc. and Neopharma Tennessee LLC. For a variety of reasons, the parties' negotiations ceased. I then negotiated with other investors and proceed to form American Antibiotics Initiative, Inc. It is seeking to purchase the assets Neopharma, Inc. and Neopharma Tennessee LLC in accordance with an asset purchase agreement that is described in detail in the Sale Motion that is currently before the Court.

9. Prior to entering the negotiations with Constitutional Antibiotics, Inc. and then with potential investors in American Antibiotics Initiative, Inc., I investigated multiple other sources of potential financing for Neopharma, Inc. But, given the legal and financial problems facing Dr. Shetty and the financial irregularities discovered with prior management of Neopharma, Inc., conventional form of financing was not a viable alternative.

10. There are a number of reasons for Neopharma, Inc.'s inability to obtain conventional financing. The first is that its manufacturing operations have ceased and there is no current ability to generate cash. Although the manufacturing plant, equipment and land owned by Neopharma Tennessee LLC have substantial value on paper, such values are greatly reduced without an operating company or without a company generating cash from its manufacturing facilities. Second, the international legal and financial problems experienced by Dr. B.R. Shetty and his affiliate companies would create substantial difficulties with any lending institution. Also, Dr. Shetty has caused filings to be made in the bankruptcy cases where he challenges the current board of directors and management of Neopharma, Inc. to file these bankruptcy cases, even though Dr. Shetty signed the purchase agreement on behalf of Neopharma International Holding, Ltd. conveying the

Neopharma, Inc stock to CPIL. In my experience, traditional lenders would not extend credit to Neopharma, Inc. especially after a bankruptcy filing, with issues of ownership and control in dispute.

11.  I have reviewed and approved Neopharma, Inc.'s motion to obtain post-petition financing. The facts set forth therein are true and correct to the best of my knowledge, information and belief.

12.  American Antibiotics Initiative, Inc. is the only source currently available to finance Neopharma, Inc. and Neopharma Tennessee LLC's limited operating expenses pending the Court's consideration of the Sale Motion. Without the interim funding requested in the motion for post-petition financing to pay Bristol Tennessee Essential Services as proposed and the electricity to the Bristol facility is discontinued, the debtor companies will not be in a position to complete the proposed asset sale or continue reorganization efforts.

13.  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

**Executed** this __11__ day of January, 2021.

_____
DAVID ARGYLE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 12th day of January, 2021 the **Declaration of David Argyle** was filed electronically. On January 12, 2021, copies of the foregoing were forwarded to the following by operation of the Court's electronic filing system:

Tiffany DiIorio, Esq.
Trial Attorney, U.S. Dept of Justice
Office of United States Trustee

Maurice K. Guinn on behalf of Interested
Party Neopharma, Inc.

On January 12, 2021, the following parties were served with copies of the foregoing by electronic mail as referenced below.

Agilent Technologies, Inc.
4187 Collection Center Drive
Chicago, IL 60693
Odel_frett@agilent.com

CKD Bio (via e-mail)
8 Chungjeong-ro, Seodaemun-gu
Seoul, Seoul, 03742 Republic of Korea
Hss92234@ksure.or.kr
dkyim@ckdbio.com

Sandoz (via e-mail)
Biochemiestraße 10
Kundl, Tirol, 6250
tanja.hrovatic@sandoz.com

Cardinal Health (via e-mail)
7000 Cardinal Place
Columbus OH 43017
PD.chargebacks@cardinalhealth.com
Robyn.ONeil@cardinalhealth.com

PETA Pharma (via e-mail)
65 Patriot Landing Drive
St. Charles, MO 63303
sesha@nurturenergy.com

BCBS NJ - Horizon BCBS (via e-mail)
3 Penn Plaza
Newark, NJ 07105
gaye_simpson@horizonblue.com

McKesson (via e-mail)
6555 State Hwy 161
Irving TX 75039
ClarusONE:
Russell Square House
10-12 Russell Square, London
WC1B-5EH UK
Ingrid.Knighton@mckesson.com
Varun.Pandey@mckesson.com
AR@clarusonesourcing.com

INMAR (via e-mail)
3845 Grand Lakes Pkwy, Suite 125
Grand Prairie, TX 75050
Diana.evans@inmar.com

BTES (via e-mail)
2470 Volunteer Pkwy
Bristol TN 37620
mbrowder@btes.net

Luttrel (via e-mail)
1816 Volunteer Pkwy
Bristol, TN 37620
ljenks@lstaff.com

ML7 (via e-mail)
800 3rd Ave, #2800
NY, NY 10022
jeffs@ML-Seven.com

The Hartford (via e-mail)
J Smith Lanier & Co.
47 Postal Pkwy
PO Box 71429
Newnan, GA 30271-1429
swalton@jsmithlanier.com

Hobbs & Associates, Inc.
4850 Brookside Court, Site 100
Norfolk, VA 23502
BSmaltz@HobbsAssociates.com

Eurofins Lancaster Laboratories Inc (via e-mail)
2425 New Holland Pike
Lancaster, PA 17601
AdrienneKuhl@eurofinsUS.com

Jekson (via e-mail)
304, Sarkhej Bavla Hwy, Changodar-382213
Ahmedadad, Gujarat, India
mayurmaheshwari@jeksonvision.com

Water Professionals (via e-mail)
McCollum Water Conditioning Inc.
PO Box 570
Blountville, TN 37617
info@waterprofessionals.com

McMaster-Carr
PO Box 740100
Atlanta GA  30374-0100
4payment@correspondence.mcmaster.com

Atmos Energy Corporation (via e-mail)
P.O. Box 630872
Cincinnati, OH 45263-0872
Green.faircloth@atmosenergy.com

Mountain Air Compressor
1508 W State St,
Bristol, TN 37620
Deborah.wilson@mtnaircomp.com

Radiant (via e-mail)
254 Chapman Road, Suite 107
Newark, DE 19702
kcsahu@itradiant.com

IQVIA (via e-mail)
100 IMS Drive
Parsippany, NJ 07054
Susan.ross1@iqvia.com

Court Square (via e-mail)
1350 Main Street, 5th floor
Springfield, MA 01103
odonnell@courtsquaregroup.com

Securitas Inc (via e-mail)
1907 North Roan Street, Suite 204
Johnson City, TN  37601
Mason.powell@securitasinc.com

Verizon
P.O. BOX 408
Newark, NJ 07101-0408
wfmelectronicbankruptcynotifications@verizonwireless.com

On January 12, 2021, all parties listed on the attached Service List were served by mailing a copy of same by United States Mail, postage prepaid as referenced below.

**HUNTER, SMITH & DAVIS, LLP**
*/s/ Mark S. Dessauer*
Mark S. Dessauer

# SERVICE LIST

RE:  Neopharma, Inc., Case No. 2:20-BK-52015
     Neopharma Tennessee LLC, Case No. 2:20-bk-52016

Airgas
1500 Fairmount Ave
Bristol, VA 24201-3738

Amerisource Bergen
1300 Morris Drive
Chesterbrook, PA 19087

Amphenol Thermometrics, Inc
967 Windfall Road
St. Marys, PA 15857-3333

Amy Perry
817 Walnut St
Elizabethton, TN 37643

Andy Brewer
18322 Cleveland Rd
Abingdon, VA 24211

Anne Sather
14734 28th St
Stillwater, MN 55082

Anthony Keith
219 Overlook Rd
Raleigh, NC 27620

Appalachian Environmental
300 W Watauga Ave #4
Johnson City, TN

Aramark
22512 Network Place
Chicago, IL 60673-1225

ASAP Logistics Ltd
148-05 175th Street
Jamaica, NY 11434

Atlas Copco Compressors LLC
15045 Lee Road
Houston, TX 77032

Atmos Energy
PO Box 790311
St. Louis, MO 63179-0311

BCTI
5112 Bobby Hicks Hwy
Gray, TN 37615

BlueStone Label
119 S High Street
Morristown, TN 37813

Brenda Jones
C/O Jeff Huskins
316 Park Street
Erwin, TN 37650

Brenntag Mid-South
P.O. Box 20
Henderson, KY 42419

B.R. Shetty
P.O. Box 4422
Abu Dhabi, UAE

Channel Trade Finance 1SPC
and Channel Trade 2SPC
c/o Melissa A. Alcantara
Dickinson Wright, PLLC
1825 I Street, N.W. Suite 900
Washington, DC 20006

Christopher Dean
905 Carroll Creek Rd
Johnson City, TN 37601

City of Bristol, Tn
PO Box 1348
Bristol, TN 37621-1348

City of Bristol, Tennessee
c/o Danielle Kiser Smith
City Attorney, City of Bristol, Tennessee
801 Anderson Street, Suite 100
Bristol, TN 37620

Clara Rhea
2719 Hickory Tree Rd
Bluff City, TN 37618

Cook's Mechanical Services Inc
P.O. Box 701
Blountville, TN 37617

Covanta Environmental Solutions
190 Shellyland Road
Manheim, PA 17545

Creighton Conley
2107 Esquire Court
Piney Flats, TN 37686

Daniel Smith
308 Ridgemont St
Bristol, TN 37620

Danny Wright
287 County Hill Rd
Blountville, TN 37617

Darrin Vance
1316 Suntree Rd
Unicoi, TN 37692

David Hushour
896 Page St
Bristol, VA 24201

David Lindamood
1694 Mount Holston Rd
Bluff City, TN 37618

Daysie Cox
1026 Hammond Ave
Mt. Carmel, TN 37645

Debbie Fleenor
508 Mountain View Dr
Bristol, TN 37620

Dennis Griffith
205 Willard Street
Maryville, TN 37803

Dennis Holbrook
459 Brookwood Dr
Bristol, TN 37620

Destinee Adkins
4534 Reedy Creek Rd
Bristol, VA 24202

Diya A. Matthews, Esq.
Chugh, LLP
295 Pierson Ave.
Edison, NJ 08837

Donna King
240 Pine Laural Circle
Bluff City, TN 37618

Dream Clean
P.O. Box 324
Piney Flats, TN 37686

Ed Speer
2086 Hwy 91
Elizabethton, TN 37643

Employee Benefit Security Administration
c/o Myrna Cruz
1000 Pine Island Road, Suite 100
Plantation, FL 33324

Enable Info Solutions
13241 Bartram Park Blvd, Ste 2213
Jacksonville, FL 32258

Essenta Packaging US Inc.
C/O Accounting Shared Services
1625 Ashton Park Drive
Colonial Heights, VA 23834

Food and Drug Administration
10903 New Hampshire Ave
Silver Spring, MD 20993-0002

Fisher Scientific
275 Aiken Rd
Asheville, NC 28804

Garrett Wright
444 Beulah Land Drive
Bluff City, TN  37618

Givaudan Santiago Rubotti
Credit Mgmnt & Collection
Prilidiano Pueyrredón 3001, Martinez,
CP Buenos Aires, Argentina

Glenn Booher
830 Walnut St
Elizabethton, TN  37643

Gregory Leonard
221 Hillsboro Dr
Bristol, TN 37620

Guy Hall
139 Morse Dr
Bristol, TN 37620

Harshitha Talluri
1709 Holland Dr
Somerset, NJ 08873

IMCD
UPS
P.O. BOX 809488
Chicago, IL 60680-9488

InCorp Services
815 Brazos St,
Austin, TX 78701

Industrial Battery & Charger, Inc.
206 West Scott Avenue
Knoxville, TN 37917

INMAR (Returns)
635 Vine St,
Winston-Salem, NC 27101

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 1901-7346

J. Douglas Overbey
United States Attorney
Eastern District of Tennessee
800 Market Street, Suite 211
Knoxville, TN 37902

Jacqueline Minton
1573 Chinquapin Grove Rd
Bluff City, TN 37618

Jason Rouse
433 Sharps Creek Rd
Bristol, TN 37620

Jeff Cunningham
214 Maple Tree Dr
Bristol, TN 37620

Jeff Huskins
316 Park Street
Erwin, TN 37650

Jeffrey Beverly
133 Wimberly Way
Bristol, TN 37620

Jewel Blevins
2866 Carfax Rd
Coeburn, VA 24230

John Lester
3021 South Roan St
Johnson City, TN 37601

John Payne
14061 King Mill Pike
Bristol, VA 24202

Johnson Control
P.O. Box 371967
Pittsburgh, PA 15250-7967

Jonathan Barnette
141 Wimberly Way
Bristol, TN 37620

Kelly Cerri
304 Barclay Blvd.
Princeton, NJ 08540

Kelly Shiau
235 Ogdwn Ave., Apt #2
Jersey City, NJ 07307

Kevin Compton
15338 Monticello Dr
Bristol, VA 24202

La Ferny
2642 Sullivan Gardens Pkwy
Kingsport, TN 37660

Lachman Consultants Inc
1600 Stewart Ave, Suite 604
Westbury, NJ 11590

Leos Pest
P.O. Box 3110
Bristol, TN 37625-3110

Leslie Taylor
987 Bullock Hollow Rd
Bristol, TN 37620

Linda Robbins
210 Centenary Rd
Blountville, TN 37617

Malli Desireddy
4506 Ravens Crest Dr
Plainsboro Township, NJ 08536

Mallikarjuna R. Desireddy
8 Shelter Drive
Monroe Township, NJ 08831-8402

Maria Aziz
710 Cranbury Dr
Plainsboro, NJ 08536

Mark Hudson
200 Sloan Dr
Bristol, TN 37620

Mary Fleenor
508 Mountain View Dr
Bristol, TN 37620

MC Septic Services LLC
250 State St,
Greeneville, TN 37743

Mettler Toldeo
PO BOX 730867
Dallas TX 75373-0867

Michael Alley
4591 VI Ranch Rd
Bristol, TN 37620

Michael Allison
51 Deertrack Lane
Bristol, VA 24201

Michele M. Dudas, Partner
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068

Millapore Sigma
EMD Millipore Corporation
25760 Network Place,
Chicago, IL 60673

Moody Sprinkler Company
5434 Fort Henry Drive
Kingsport, TN 37663

Multisorb Filtration Group
325 Harlem Rd,
Buffalo, NY 14224

Natoli Engineering Company
28 Research Park Cir,
St Charles, MO 63304

Navitas Inc
502 Carnegie Center,
Princeton, NJ 08540

Navitas/PharmaReady
502 Carnegie Center,
Princeton, NJ 08540

Neopharma
211 College Road East, Suite 101
Princeton, NJ 08540

Nicholas Ruggieri
540 Court St
Abingdon, VA 24201

Nixon's Electric, Inc
240 Oxmoor Cir #109,
Homewood, AL 35209

Norman Sheasby
109 Long Branch Dr
Summerville, SC 29486

Optimus Pharma, LLC
142 A Wicks Road
Commack, NY 11725

Pam Sprouse
352 Carol Hill Dr
Blountville, TN 37617

Patricia Massie
P.O. Box 3316
Bristol, TN 37625

PerkinElmer Genetics, Inc.,
250 Industry Dr,
Coraopolis, PA 15108

PETA Pharma. Inc.
c/o Ilya I Berenshteyn, Esq.
713 Volunteer Parkway, Suite 6
Bristol, TN 37620

Phenomenex, Inc.
411 Madrid Avenue
Torrance, CA 90501

Pion Inc
10 Cook St
Billerica MA 01821

Pittsburg Tank & Tower
1 Watertank Place
PO Box 1849
Henderson, KY 42419

Premier Group
6045 Manning Rd,
Miamisburg, OH 45342

Richard Smith
205 Robin Rd
Bristol, TN 37620

Robert Smith
200 Joe Hale Dr
Johnson City, TN 37617

Ronald K. Maye
205 Vale Ave
Bristol, TN 37620

Saratoga
Sharp Business Systems of Tennessee
101 Med Tech Parkway, Suite 307
Johnson City TN 37604

Shashi Vijay, Esq.
VJ Law Firm
22525 SE 64th Place, Suite #249
Issaquah. WA 98027

Sigma Aldrich
4353 E 49th St,
Cleveland, OH 44125

Steve Posey
22157 Pinebrook Dr
Bristol, VA 24201

Strides Pharma
2 Tower Center Blvd #1102,
East Brunswick, NJ 08816

SUEZ WTS Analytical Instruments, Inc.
6060 Spine Road
Boulder, CO 80301

Sullivan County Trustee
Susan Ramsey
3411 Highway 126, Suite 104
Blountville, TN 37617

Suman Tangi
451 North Pickens Bridge Rd
Piney Flats, TN 37686

Symmetry
P.O. Box 630872
Cincinnati, OH 45263-0872

Syngenta Corp
9 Davis Dr,
Durham, NC 27703

Tamela Tucker
104 Travelers Way
Bristol, TN 37620

Tele-Optics
1041 Tidewater Ct
Kingsport, TN 37660

The Industrial Development Board
Of the City of Bristol, Tennessee
Attn: Chairman
801 Anderson Street
Bristol, TN 37621

Thomas Scientific
73 Ridgeway Rd
Candler, NC 28715

Tim Scott
121 Whitaker Dr
Bristol, TN 37620

Travis Heath
103 Celebrity Court
Bristol, VA 24202

Troy Kestner
24599 Watauga Rd
Abingdon, VA 24211

United Refrigeration
11401 Roosevelt Blvd.,
Philadelphia, PA 19154-2197

Univar USA
3230 Perkins Rd
Augusta, GA 30906

U.S. Department of Labor
Wage and Hour Division
John Duncan Federal Building
710 Locust Street, Room 101
Knoxville, TN 37902

Vaisala Inc.
194 South Taylor Avenue
Louisville CO 80027

Vantage Consulting Group Inc.
601 Route 206, suite 26-700
Hillsborough, NJ 08844

Venu Gopala Krishna Gopa
1316 270th LN SE
Sammamish, WA 98075-5968

Venu Gopala Krishna Gopa
30 Regent Street, Apt 606
Jersey City, NJ 07302

Videojet Technologies Inc
6815 Shiloh Rd # A5
Alpharetta, GA 30005

W. R. Grace
1312 Matthews-Mint Hill Rd
Matthews, NC 28105

Waste Management
PO BOX 43410
Phoenix, AZ 85080

Water Professionals (QA)
625 Market St,
Knoxville, TN 37902

Waters Technologies Corporation
Mailstop SA 34 Maple Street
Milford, MA 01757

William C. Killian, Esq.
Tallan Building
200 West M. L. King Boulevard, Suite 500
Chattanooga, TN 37402

Zachary Osborne
1676 Silver Grove Rd
Bluff City, TN 37618